UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20435-CR-GOLD/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CALVIN WARREN,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

The Court has before it Defendant's Motion to Suppress Post Arrest Statements [DE 45], and the government's response to that motion. [DE 50].[1] I held an evidentiary hearing on December 15, 2009, the transcript of which has been filed with the Court. [DE 62]. At the suppression hearing the Defendant was granted leave to file a supplemental memorandum, to raise a new ground for suppression of his post-arrest statements. That supplemental memorandum was filed on December 30, 2009, [DE 63], to which the government filed a response. [DE 67].

On January 15, 2010, in open court and with all parties present, I made findings of fact and conclusions of law in support of my recommendation that the Defendant's motion be denied. Accordingly, for the reasons stated on the record, which are incorporated in this

---

[1] The Honorable Alan S. Gold referred the motion to me for report and recommendation. [DE 46].

Report and Recommendation, I respectfully **RECOMMEND** that Defendant's Motion to Suppress Post Arrest Statements [DE 45], be **DENIED**.

It is further **ORDERED** that the parties file with the Court, no later than February 1, 2010, the transcript of the January 15, 2010 proceeding, at which I orally stated my reasons in support of this Report and Recommendation.

It is further **ORDERED** that the Defendant file his objections, if any, with the Honorable Alan S. Gold **no later than February 19, 2010.** The government may file a response to any objections, **no later than February 26, 2010.** Failure to timely file objections will bar the parties from attacking on appeal any factual findings contained herein. *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993); *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988).

RECOMMENDED AND ORDERED in chambers at Miami, Florida this 19th day of January, 2010.

CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

cc:   The Honorable Alan S. Gold
      All counsel of record

2