UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 09-20435-CR-GOLD

          Plaintiff,

VS.

CALVIN WARREN,

          Defendant.
_____/

### ORDER AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

On March 8, 2010, this matter came for hearing pursuant to the Court's Order Setting Oral Argument on Defendant's Objections [DE 74] and Government's response thereto [DE 79] to Magistrate Judge McAliley's Report and Recommendation [DE 72].  The Magistrate Judge recommends that the Defendant's Motion to Suppress Statements [DE 45] be denied.  Based on the matters presented and argument of counsel, it is hereby

      **ORDERED AND ADJUDGED** as follows:

      1) The Defendant's Objections [DE 74] are denied.

      2) The Magistrate Judge's Report and Recommendation [DE 72] is hereby affirmed and adopted.

      3) The Defendant's Motion to Suppress Statements [DE 45] is hereby denied for reasons stated of record.

      **DONE AND ORDERED** at Miami, Florida, this ____9th____ day of March , 2010.

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:    Magistrate Judge Chris McAliley
       Counsel of record